# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2681

_____

Ronald Ray Curry

*Plaintiff - Appellant*

v.

John Doe, 2nd Shift Intake Officer at the Scott County Jail on 7/17/10

*Defendant - Appellee*

Dennis Conard, Scott County Sheriff; Scott County Jail, Scott County Sheriff;
Clifford G. Tebbitt, Scott County Sheriff

*Defendant*s

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 23, 2013
Filed: January 29, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Ronald Curry appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 civil action alleging a violation of his Eighth Amendment rights. Upon careful de novo review, *see Holden v. Hirner*, 663 F.3d 336, 340 (8th Cir. 2011) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. We also conclude the district court did not abuse its discretion in denying reconsideration. Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.